**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

           Chapter 13

           Bankruptcy No. 15-18486-MDC

ALAN C. JOHNSON, JR.

6021 NORTH CAMAC STREET

PHILADELPHIA, PA 19141

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ALAN C. JOHNSON, JR.

    6021 NORTH CAMAC STREET

    PHILADELPHIA, PA 19141

Counsel for debtor(s), by electronic notice only.

    RICHARD F. WEINSTEIN ESQ
    705 WEST HAVERFORD RD
    SUITE 1
    BRYN MAWR, PA 19010-

Date: 7/15/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee